**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **KAREN GOODIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **CIVIL ACTION NO. 24-00286-JB-B** |
| | ) |
| **J. H. WALKER, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This action is before the Court on Plaintiff's "Jurisdictional Update," in which Plaintiff challenges the Court's subject-matter jurisdiction. (Doc. 178). Defendants filed a Response in Opposition (Doc. 180) and Plaintiff filed a Reply (Doc. 181). The Court conducted oral argument at which the parties set out their respective positions in extensive detail. Upon careful consideration of the relevant filings and the oral arguments of the parties, the Court concludes it has and retains jurisdiction over this action.

Defendants removed this action from the Circuit Court of Mobile County based on diversity of citizenship, 28 U.S.C. § 1441. Defendants alleged non-diverse defendant Mary Newton had been fraudulently joined. Plaintiff filed a Motion to Remand, which was denied by the Court following briefing and oral argument. (Doc. 55). The Court found there was no possibility that Plaintiff could establish a cause of action against Newton under Alabama law. Plaintiff moved for reconsideration and alternatively for leave to file an interlocutory appeal. The Court denied the motion and alternative request for leave.

2

Following the Court's denial of remand, Plaintiff filed a separate suit against Newton in the Circuit Court of Mobile County.  Plaintiff's "Jurisdictional Update" is based on two orders from the Circuit Court of Mobile in that suit.  In one order (Doc. 178-9), the Circuit Court of Mobile County denied a Motion for Partial Summary Judgment, which raised the issues of *res judicata* and Alabama's Abatement Statute.  The second order from the Circuit Court of Mobile denied motions to strike experts.  (Doc. 178-10).

For reasons set out in Defendants' opposition and those articulated at oral argument, the Court does not find the subject Circuit Court of Mobile County's orders affect this Court's analysis or disposition of Plaintiff's prior challenges to subject-matter jurisdiction.  The Court concludes it has and retains diversity jurisdiction of this action.

**DONE and ORDERED** this 24th day of March, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE

2